# UNITED STATES DISTRICT COURT
## District of Minnesota

Public Record Media

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number:   14-4927 SRN/HB

U.S. Department of the Interior

Defendant(s).

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** on the merits, without further cost to either party.

Date: 12/17/15

RICHARD D. SLETTEN, CLERK

s/A. Linner

(By)                    A. Linner, Deputy Clerk